WIN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANASTACIO B. PALAFOX. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | CASE NO.   14-543-SCW |
| | ) | |
| UNKNOWN PARTIES, Nurse Jane Doe and | ) | |
| Officer John Doe, WARDEN OF | ) | |
| PINCKNEYVILLE CORRECTIONAL | ) | |
| CENTER, JOYCE LUCAS and RYAN | ) | |
| HAMMONDS, | ) | |
| | | |
| Defendant(s). | | |

## JUDGMENT IN A CIVIL CASE

Defendant Unknown parties, Nurse Jane Doe and Officer John Doe were dismissed by the filing of the Amended Complaint and Corrected Amended Complaint (Docs.18 and 21).

Defendant Warden of Pinckneyville Correctional Center was dismissed by the filing of the Amended Complaint on 2/22/16 (Doc. 72).

Defendants Joyce Lucas and Ryan Hammonds were granted summary judgment and dismissed with prejudice on 3/31/17 by an Order entered by Magistrate Judge Stephen C. Williams (Doc 107).

**THEREFORE**, judgment is entered in favor of Defendants **UNKNOWN PARTIES, Nurse Jane Doe and Officer John Doe, WARDEN OF PINCKNEYVILLE CORRECTIONAL CENTER, JOYNCE LUCAS** and **RYAN HAMMONS** and against Plaintiff **ANASTACIO B. PALAFOX.**   .

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this

judgment for filing a motion for new trial or motion to amend or alter judgment under Rule

59(b) or (e) of the Federal Rules of Civil Procedure.     These deadlines for motions under

Rule 59 cannot be extended by the Court.     The Plaintiff should also note that he has 30

days from the date of this judgment to file a notice of appeal.     This period can only be

extended if excusable neglect or good cause is shown.

       **DATED** this 31st day of March, 2017

                           **JUSTINE FLANAGAN, ACTING CLERK**

                           **BY:** *_/s/ Angela Vehlewald_*
                              **Deputy Clerk**

**Approved by**  *_/s/ Stephen C. Williams_*
              **United States Magistrate Judge**
                  **Stephen C. Williams**